UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-10070-MEL

RICHARD NUNZIATO,
    Plaintiff

v.

NATIONAL RAILROAD PASSENGER
CORPORATION and MASSACHUSETTS BAY
TRANSPORTATION AUTHORITY,
    Defendants

## NOTICE OF APPEARANCE

Kindly enter my appearance on behalf of the defendants, NATIONAL RAILROAD PASSENGER CORPORATION and MASSACHUSETTS BAY TRANSPORTATION AUTHORITY, in the above-entitled case.

\s\John P. Knight_____
Lawrence F. Boyle, Esq., BBO #052680
John P. Knight, BBO# 631052
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA  02210
(617) 439-7500

DATED: _____

1140333v1