UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.:  05-10070-MEL

RICHARD NUNZIATO,
    Plaintiff

v.

NATIONAL RAILROAD PASSENGER
CORPORATION and MASSACHUSETTS BAY
TRANSPORTATION AUTHORITY,
    Defendants

## NOTICE OF APPEARANCE

Kindly enter my appearance on behalf of the defendants, NATIONAL RAILROAD PASSENGER CORPORATION and MASSACHUSETTS BAY TRANSPORTATION AUTHORITY, in the above-entitled case.

 /s/John P. Knight_____
Lawrence F. Boyle, Esq., BBO #052680
John P. Knight, BBO# 631052
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA   02210
(617) 439-7500

DATED: _____

982565v1

## CERTIFICATE OF SERVICE

      I, John P. Knight, do hereby certify that I have this day served the foregoing **NOTICE OF APPEARANCE** to all counsel of record in this action by mailing the same, postage prepaid to:

Steven Lafferty, Esquire
Meyers Lafferty Law Offices
1515 Market Street, No. 1310
Philadelphia, PA 19102

Mario Bozza, Esquire
63 Commercial Wharf
Boston, MA 02110


Date:  <u>January 6, 2006</u>            Attorney:   <u>/s/John P. Knight</u>

982565v1