UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.:  05-10070-MEL

RICHARD NUNZIATO,
    Plaintiff

v.

NATIONAL RAILROAD PASSENGER
CORPORATION and MASSACHUSETTS BAY
TRANSPORTATION AUTHORITY,
    Defendants

NOTICE OF CASE SETTLEMENT AND
PLAN TO FILE STIPULATION OF DISMISSAL

    Now come the defendants in the above matter and hereby report that the parties have agreed to a settlement of the case.  The parties are in the process of exchanging the necessary paperwork to memorialize the settlement and will be filing a stipulation of dismissal with the court once the settlement check has been issued.

RESPECTFULLY SUBMITTED,

NATIONAL RAILROAD PASSENGER
CORPORATION and MASSACHUSETTS BAY
TRANSPORTATION AUTHORITY,

By their counsel,


/john p. knight/
Lawrence F. Boyle, BBO#052680
John P. Knight, BBO#631052
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210

984632v1